UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW D. HORN, | ) | |
| | ) | |
| Petitioner, | ) | 1:06-CV-00006 OWW TAG HC |
| v. | ) | |
| BERNIE ELLIS, Warden, etc., et al., | ) | ORDER RE MOTION FOR EXPEDITED BRIEFING SCHEDULE |
| Defendant | ) | |

Counsel for petitioner shall immediately serve a copy of the petition and a copy of this order upon the United States Attorney for the Eastern District of Washington and upon the United States Attorney for the Eastern District of California.

Any response to the petition by the United States Attorney shall be filed within no later than April 10, 2006.  Any reply shall be filed by April 13, 2006.  The Court will hear the matter on April 18, 2006 at 9:00 a.m. in Courtroom Three.

Dated: March 30, 2006

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
United States District Judge

1