1  McGREGOR W. SCOTT
   United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
APR - 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. HORN, | CR. 1:06-CV-00006 OWW |
| Petitioner, | GOVERNMENT'S MOTION AND ORDER FOR EXTENSION OF TIME WITHIN |
| v. | WHICH TO FILE ITS RESPONSE |
| BERNIE ELLIS, Warden, et al., | |
| Defendant. | |

The United States, by and through its undersigned attorneys, McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and MARK E. CULLERS, Assistant U.S. Attorney, hereby requests a four-day continuance, until April 14, 2006, within which to file its Opposition to petitioner's 2241 motion.

This short continuance is necessitated due to the fact that the motion was received in the Fresno office on Wednesday, April 5, 2006, with a response due on Monday, April 10. 2006. Due to the short time, it will be extremely difficult for the United States to prepare an adequate response to the 2241 petition.

///

///

1  Therefore, the United States requests four additional days,
2  until April 14, 2006, within which to file its response.  Counsel
3  for Mr. Horn was contacted and objected to any continuance.
4
5  Dated: April 5, 2006                    Respectfully Submitted,
6                                          McGREGOR W. SCOTT
                                           United States Attorney
7
8                                          By /S/
                                              MARK E. CULLERS
9                                          Assistant U.S Attorney
10
11
12      SO ORDERED.
13  DATED: 4-5-06
14                                         _____
                                           Hon. Oliver W. Wanger