# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. HORN,<br><br>    Petitioner,<br><br>  v.<br><br>BERNIE ELLIS, Warden,<br><br>    Respondent. | 1:06-cv-00006-OWW-TAG HC<br><br>ORDER GRANTING MOTION TO<br>PROCEED IN FORMA PAUPERIS<br>(Doc. 1, Attach. 2) |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

PROCEDURAL HISTORY

On December 14, 2005, Petitioner filed his petition in the Eastern District of Washington. On January 3, 2006, the case was transferred to the Eastern District of California, Fresno Division. (Doc. 1). Among the documents transferred from the Eastern District of Washington was Petitioner's motion for in forma pauperis status filed by his attorney of record at that time, Stephen R. Hormel. (Doc. 1, Attach. 2).   Based on counsel's representations in the in forma pauperis application, it appears that Petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis (Doc. 1, Attach. 2),  is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   **April 12, 2006**                                    **/s/ Theresa A. Goldner**
**j6eb3d**                                                          UNITED STATES MAGISTRATE JUDGE