McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant United States Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. HORN, ) | CASE NO. 1:06-CV-06-OWW-TAG |
| ) | |
| PETITIONER, ) | GOVERNMENT'S MOTION AND ORDER |
| ) | FOR EXTENSION OF TIME WITHIN |
| v.  ) | WHICH TO FILE A RETURN TO THE |
| ) | SHOW CAUSE ORDER. |
| BERNIE ELLIS, WARDEN, TAFT ) | |
| CORRECTIONAL INSTITUTION, ) | |
| ET AL. ) | |
| ) | |
| RESPONDENTS. ) | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and MARLON COBAR, Assistant United States Attorney, hereby requests, for good-cause, a total of 14 days to submit the response to the Court's Order to Show Cause, dated April 21, 2006.

The Order was received by the United States Attorney's Office and by Agency Counsel on Monday April 24, 2006. The Order gave the government "three (3) days of the date of service of this order, not to exceed twenty (20) days, if extension is requested for good cause" in order to file a return. The Court also permitted the Federal Bureau of Prisons (BOP) fourteen (14) days

1  to re-evaluate the Petitioner's need for more than forty-three
2  (43) days of halfway house placement, without reference to
3  28 C.F.R. §570.20-.21, but with consideration of the "sentencing
4  judge's recommendation and all other Section 3621 factors, as well
5  as any other appropriate factors the BOP, in its discretion, finds
6  applicable."
7      The United States Attorney's Office has discussed the Order
8  with Agency Counsel, and respectfully requests that the Court
9  permit the return to the Show Cause Order be submitted to the
10 Court at the end of 14 days, along with the results of the BOP
11 re-evaluation of Petitioner's community placement needs.  As the
12 Court has explained in the Order to Show Cause, this is a very
13 complex issue, and Agency Counsel believes that the results of the
14 re-evaluation may be important in preparation of the return.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1 | The BOP has already begun the necessary steps to fulfill the
2 | request for Petitioner's re-evaluation and the United States
3 | requests that the results of the re-evaluation be provided to the
4 | Court, accompanied by the government's return, at the end of the
5 | 14 days from the service of the Order, no later than May 8, 2006.
6 | DATED: April 26, 2006                    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Marlon Cobar

By
   MARLON COBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   April 27, 2006            /s/ Oliver W. Wanger**
emm0d6UNITED STATES DISTRICT JUDGE

3