# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. HORN, ) | 1:06-cv-00006-LJO-TAG HC |
| Petitioner, ) | ORDER DENYING AS MOOT |
| ) | PETITIONER'S MOTION FOR RETENTION |
| v. ) | OF CASE |
| ) | |
| BERNIE ELLIS, Warden, ) | (Doc. 7) |
| ) | |
| Respondent. ) | |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## PROCEDURAL HISTORY

On December 14, 2005, Petitioner filed his petition in the Eastern District of Washington. On January 3, 2006, the case was transferred to the Eastern District of California, Fresno Division. (Doc. 1). On March 8, 2006, Petitioner filed a motion to expedite the briefing schedule because the claim raised in the petition concerned the date on which Petitioner should be released from prison to a Community Corrections Center ("CCC"). (Doc. 6). Also on March 8, 2006, Petitioner filed a motion requesting that the District Judge retain and decide the case in lieu of the regularly-assigned Magistrate Judge. (Doc. 7). The basis for Petitioner's motion was his allegation that "the magistrate judge has failed to act on [Petitioner's] request for an expedited briefing schedule and if no action is taken in a timely matter [sic] his case will become moot because he will have been released from custody without the benefit of a hearing." (Id. at p. 1).

On March 30, 2006, the District Judge assigned to this case issued an order setting an expedited briefing schedule, thus implicitly granting Petitioner the relief he requested in both his motion to expedite the briefing schedule and his motion for the District Judge to retain the case.

1  (Doc. 8).  Following submission of the briefs, the District Court, on April 21, 2006,  issued a ruling
2  on the instant petition in which the Court ordered Respondent to show cause why the writ of habeas
3  corpus should not be granted.  (Doc. 13, p. 15).  In that order, the District Court granted Petitioner
4  the relief requested in his petition, i.e., that the Bureau of Prisons ("BOP") re-evaluate whether
5  Petitioner should be transferred to a CCC facility for more than the forty-three days previously
6  calculated and that the BOP undertake this re-evaluation without reference to the BOP's policies and
7  regulations that Petitioner challenged as illegal.  (Id.).

8        On May 9, 2006, Respondent filed its response, alleging that the petition was now moot
9  because, as of May 5, 2006, the BOP had conducted the ordered re-evaluation on and had re-
10 calculated the time for Petitioner's transfer from prison to CCC at forty-seven days.  (Doc. 16, p. 3;
11 pp. 7-8).  Subsequently, on October 14, 2006, Respondent filed a motion to dismiss based on
12 Respondent's assertion that Respondent has complied with the Court's orders by re-evaluating and
13 re-determining the date on which Petitioner should be released to Community Corrections without
14 reference to the Bureau of Prison's regulations regarding release to Community Corrections.

15       In effect, therefore, the relief requested in the instant Petition has been granted by the District
16 Court.  Because the instant motion sought to have the District Judge retain the case for decision, and
17 because the District Judge did in fact retain the case until he issued a ruling on the petition,
18 Petitioner's motion is now moot and will be denied as such.

19       Accordingly, the Court HEREBY ORDERS that Petitioner's motion to have the District
20 Judge retain the case (Doc. 7), is DENIED as MOOT.

21
22 IT IS SO ORDERED.
23 Dated:   **February 28, 2007**                                      **/s/ Theresa A. Goldner**
      **j6eb3d**                                                       UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28