UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW D. HORN, | ) | 1:06-cv-00006-LJO-TAG HC |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) | RECOMMENDATION (Doc. 22) |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO DISMISS |
| | ) | PETITION FOR WRIT OF HABEAS |
| WARDEN BERNIE ELLIS, et al., | ) | CORPUS (Doc. 19) |
| | ) | |
| Respondents. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| | | |
| | | ORDER DIRECTING CLERK OF COURT |
| | | TO ENTER JUDGMENT |

     Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On July 19, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss for lack of jurisdiction be granted and that the petition for writ of habeas corpus be dismissed.  (Doc. 22).  This Findings and

Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 19, 2007 (Doc. 22), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss for lack of jurisdiction (Doc. 19), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   August 8, 2007**              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE